FILED
2017 Aug-24 AM 10:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ABDI ASFAW KELILE, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:17-cv-01269-LSC-SGC |
| SCOTT HASSELL, et al., | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

This case is before the court on Respondents' Motion to Dismiss as Moot, filed August 17, 2017. (Doc. 5). In the motion, Respondents note Petitioner was released from ICE custody on August 16, 2017, pursuant to an Order of Supervision. (Doc. 5; *see* Doc. 5-1 at 1). Because Petitioner has been released, Respondents contend this case is due to be dismissed as moot.

On July 28, 2017, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to Eritrea. (Doc. 1). Because Petitioner has been released on an Order of Supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir.2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202, 1202 (N.D. Ala. 2011).

A separate order will be entered.

1

**DONE** AND **ORDERED** ON AUGUST 24, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704